# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Judge | Hearing Date | 4/12/06 |

**Bankruptcy Case No.:** 05-56970          Adversary No.

**Title of Case:** In the Chapter 13 Matter of: Albert Cueller, III and Sharon Cueller

**Brief Statement of Motion:** Trustee's objection to confirmation

**Names and Addresses of moving counsel:**
Lorraine M. Greenberg, ARDC#: 03129023
**LORRAINE GREENBERG & ASSOCIATES LLC**
20 East Jackson Boulevard, Suite 800 • Chicago, Illinois 60604
Telephone: 312-408-0007 • Facsimile: 312-427-8543

**Representing:** Debtor(s)

ORDER

For reasons stated from the bench, which stand as fact and conclusions of law, the trustee's objection to confirmation is hereby overruled.